■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO GUZMAN, Appellant. [778 NYS2d 893]—Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered October 10, 2000, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are unpreserved for appellate review, without merit, or do not warrant reversal. S. Miller, J.P., Schmidt, Rivera and Spolzino, JJ., concur.